IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    No. 4:11CR00083 SWW

TRENTON KIGHT

FINAL ORDER OF FORFEITURE

WHEREAS, on June 22, 2012, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in:

1. **a Generic computer tower (silver/black in color), no model or serial number;**

2. **Western Digital HDD, model: WD300BB, s/n: WMAD15236855, 30 GB - inside tower listed above;**

3. **Western Digital HDD, model: WD600AW, s/n: WMACD1007959, 60 GB - inside tower listed above;**

4. **Seagate External USB HDD enclosure, Model: PSF2A2-500, s/n: SGHKCJQC;**

5. **Seagate HDD, model: ST3500418AS, s/n: 6VM6XQMZ, size 500 GB; and**

6. **139 CD's.**

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on June 27, 2012, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their

alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the United States has petitioned the Court to enter a Final Order of Forfeiture forfeiting all right, title, and interest in all property set forth herein to the United States and to authorize the United States Marshal or his designee, to dispose of the property according to law.

1. **a Generic computer tower (silver/black in color), no model or serial number;**

2. **Western Digital HDD, model: WD300BB, s/n: WMAD15236855, 30 GB - inside tower listed above;**

3. **Western Digital HDD, model: WD600AW, s/n: WMACD1007959, 60 GB - inside tower listed above;**

4. **Seagate External USB HDD enclosure, Model: PSF2A2-500, s/n: SGHKCJQC;**

5. **Seagate HDD, model: ST3500418AS, s/n: 6VM6XQMZ, size 500 GB; and**

6. **139 CD's.**

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 7th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE